IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: DAILY FANTASY SPORTS LITIGATION<br><br>This document relates to:<br><br>ALEM BELTON,<br><br>        Plaintiff,<br><br>     -against-<br><br>DRAFTKINGS, INC.,<br>a Delaware corporation<br><br>     and<br><br>FANDUEL, INC.,<br>a Delaware corporation<br><br>       Defendant. | MDL No. 16-02677-GAO<br><br>(1:15-cv-13602-GAO) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Fed.R.Civ. 41(a)(1)(A)(i), Plaintiff Alem Belton hereby dismisses without

prejudice all claims or causes of action against all Defendants in this case.

1308852.2

Dated: August 4, 2016

Respectfully submitted,

By:    */s/ Brendan P. Glackin*
          Brendan P. Glackin

Michael W. Sobol
Brendan P. Glackin
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco  CA  94111-3339
Telephone:   415.956.1000
Facsimile:  415.956.1008

Jason L. Lichtman
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, New York 10013-1413
212.355.9500

*Attorneys for Plaintiff Alem Belton*

1308852.2

-3-

## CERTIFICATE OF SERVICE

On August 4, 2016, I electronically filed this document through the ECF system, which

will send a notice of electronic filing to all counsel of record.


                                        */s/ Brendan P. Glackin*
                                        Brendan P. Glackin